**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**CHASTITY SPRAGUE,**

    **Plaintiff,**

  vs.                                **Civil Action 2:10-CV-241**
                                            **Judge Marbley**
                                            **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the October 28, 2010 Order, this case is **DISMISSED** without prejudice, for failure to effect timely service of process.

Date: **October 28, 2010**                **James Bonini, Clerk**

                                                              s/Betty L. Clark
                                                           Betty L. Clark/Deputy Clerk